UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60607-BLOOM/Reid

BENJAMIN SANDERS,

    Plaintiff,

v.

DOCTOR PIERSON,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Plaintiff's *pro se* Complaint, ECF Nos. [1], filed pursuant to 42 U.S.C. § 1983, which was previously referred to the Honorable Lisette M. Reid for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [2]. On May 6, 2019, Judge Reid issued a R&R recommending that Plaintiff's Complaint be permitted to proceed against Defendant Doctor Pierson. *See* ECF No. [6].

The Court has conducted a *de novo* review of Judge Reid's R&R and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's R&R to be well reasoned and correct. The Court agrees with the analysis in Judge Reid's R&R and concludes that Plaintiff's Complaint should proceed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's R&R, **ECF No. [6]**, is **ADOPTED**.
2. Plaintiff's Complaint shall proceed against Defendant Doctor Pierson on claims of deliberate indifference to a serious medical need and punitive damages.

Case No. 19-cv-60607-BLOOM/Reid

3. Plaintiff shall submit a summons to the Clerk of Court for issuance and service by the United States Marshal.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 6, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette M. Reid

Benjamin Sanders, *pro se*
501700323
Broward County Main Jail
Inmate Mail/Parcels
Post Office Box 9356
Fort Lauderdale, FL 33310