**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-60607-BLOOM/Reid**

BENJAMIN SANDERS,

      Plaintiff,

v.

DOCTOR PIERSON,

      Defendant.

                       /

## ORDER

**THIS CAUSE** is before the Court on Plaintiff, Benjamin Sanders's Motion for Clarification, ECF No. [48].

On July 30, 2020, the Clerk of the Court issued a Writ of Execution against Defendant, Glenn Anthony Pearson, in the amount of $14,000.00.  On August 25, 2020, a Process Receipt and Return, ECF No. [47], was filed stating the Writ was served on Doctor Glenn Anthony Pearson at the Broward County Sheriff's Office.[1] Plaintiff now asks the Court to "clarify the procedure of writ of execution," stating he has limited knowledge of the same and has limited access to the law library due to the COVID-19 health crisis. *See* ECF No. [48] at 1.

While the Court is sympathetic to Plaintiff's lack of legal resources given the current health crisis, it cannot give Plaintiff legal advice. *See R.T. Vanderbilt Co. v. Occupational Safety & Health Review Comm'n*, 708 F.2d 570, 574 (11th Cir. 1983) ("The judicial power of the federal courts is limited by Article III to adjudication of the legal rights of litigants in actual controversies."

---

[1] Prior to the issuance of the Writ, the Court entered an Order to Amend [the Writ] by Interlineation to correct the spelling of Defendant's name. *See* ECF No. [45]. The Return states the Order was served along with the Writ. *See* ECF No. [47].

Case No. 19-cv-60607-BLOOM/Reid

(citation and internal quotation marks omitted)); *In re Motion to Compel Testimony of Perry Orlando*, No. MC 14-60624, 2014 WL 12628473, at *1 (S.D. Fla. Sept. 17, 2014) ("Federal courts cannot give litigants legal advice."). Plaintiff may use the resources available to him, including the law library once it reopens, to deliver the Writ to the recipient, the United States Marshal Service, and undertake the necessary next steps to execute the Writ in order to levy on Defendant's assets. Plaintiff may also obtain legal counsel to assist his effort. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff, Benjamin Sanders's Motion for Clarification, **ECF No. [48]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 4, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Benjamin Sanders, *pro se*
L71796
Tomoka Correctional Institution
Inmate Mail/Parcels
3950 Tiger Bay Road
Daytona Beach, FL 32124

Dr. Glenn Pearson
Broward County Sheriff's Office
555 SE 1st Ave
Fort Lauderdale, FL 33301